UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELIA CELENTANO, on behalf of herself and all other similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC and JOHN DOES 1-25,<br><br>Defendants. | Civil Case No.: 1:23-cv-00402 (FJS)(DJS)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

**WHEREAS,** it is hereby stipulated by and between Counsel that this action is settled.

**THEREFORE**, it is ordered by the Court that this action is discontinued without costs and with prejudice.

Dated: September 15, 2023

*/s/ Joseph K. Jones*  
Joseph K. Jones, Esq.  
JONES, WOLF & KAPASI, LLC  
630 Third Avenue, 18th Floor  
New York, New York 10017  
jkj@legaljones.com  
*Attorneys for Plaintiff*

*/s/ Jacquelyn A. DiCicco*  
Jacquelyn A. DiCicco, Esq.  
J. ROBBIN LAW PLLC  
200 Business Park Drive, Suite 103  
Armonk, New York 10504  
Jacquelyn.dicicco@jrobbinlaw.com  
*Attorneys for Defendant*

_____  
Frederick J. Scullin, Jr.  
Senior United States District Judge

Dated: September 18, 2023